ACCEPTED
03-15-00083-CV
7791417
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 9:13:48 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00083-CV

In the Third District Court of Appeals
Houston, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/12/2015 9:13:48 AM
JEFFREY D. KYLE
Clerk

CRAIG A. WASHINGTON,

Appellant,

vs.

COMMISSION FOR LAWYER DISCIPLINE,

Appellee.

## UNOPPOSED MOTION OF CRAIG A. WASHINGTON TO EXTEND DEADLINE FOR APPELLANT'S REPLY BRIEF

Appellant Craig A. Washington asks that this Court for an extension of seven days (7) days for the filing of his Appellant's Reply Brief, making the new briefing deadline November 19, 2015. In support, Mr. Washington states:

1.    This is an appeal from a final judgment signed January 8, 2015. The completed clerk's record was filed June 2, 2015, and the reporter's record was filed May 15, 2015. The reply brief of the appellant is due November 12, 2015. This court can extend that deadline. Tex. R. App. P. 38.6(d). This is the appellants' first request to extend his reply deadline, and it is unopposed.

1

2. Counsel for Mr. Washington, John MacVane, will be responsible for the drafting of the reply brief and has a temporary injunction hearing set in Cause Number 153277437-15.

3. In order to adequately focus on the briefing in this case and to accommodate Mr. MacVane's other obligations, Mr. Washington requests a 7-day extension of the deadline for appellant's reply brief. A 7-day extension of the briefing deadline would make appellants' reply brief due on Thursday, November 19, 2015.

4. This is the Appellants' first request to extend the reply deadline, and it is unopposed.

### Request for Relief

For the above reasons, Appellant, Craig A. Washington asks this Court to extend for 7 days the deadline for the filing its Appellant's Reply Brief in this appeal, making the new deadline November 19, 2015.

Respectfully submitted,

<u>/s/ John MacVane</u>
Michael A. Stafford
  Texas Bar No. 18996970
  mstafford@gardere.com
Katharine David
  Texas Bar No. 24045749
  kdavid@gardere.com
John MacVane
  Texas Bar No. 24085444
  jmacvane@gardere.com
**GARDERE WYNNE SEWELL LLP**
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Tel:   713.276.5500
Fax:  713.276.5555

**ATTORNEYS FOR APPELLANT,
CRAIG A. WASHINGTON,**

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on November 12, 2015, by delivery to the following counsel via the Electronic Filing Manager:

Cynthia Canfield Hamilton
Office of the Chief Disciplinary Counsel
State Bar of Texas
Post Office Box 12487
Austin, Texas 78711
chamilton@texasbar.com

*/s/ John MacVane*
John MacVane

## CERTIFICATE OF CONFERENCE

The parties' counsel have conferred regarding the relief requested in this motion. Counsel for the Appellee—Commission for Lawyer Discipline—indicated that it will <u>NOT</u> oppose this request for relief.

*/s/ John MacVane*
John MacVane

Gardere01 - 7318480v.1